USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/05/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
D.A. et al. individually and on behalf of P.A., a child with
a disability, and M.P., individually and on behalf of P.A.,
a child with a disability,

                        Plaintiff(s),

    -v-

New York City Department of Education,

                        Defendant(s).
-----------------------------------------------------------------------X

19-CV-10709 (LL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court has been informed that the parties have reached a settlement in principle in this case and that a finalized Stipulation of Settlement and proposed Order of Dismissal will be submitted no later than March 3, 2020. Accordingly, it is hereby ORDERED that the initial conference scheduled for February 11, 2020 at 4:30 p.m. in Courtroom 12C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, NY is adjourned until March 16, 2020 at 12:00 p.m. and will be heard in Courtroom 15C of the same Courthouse. If the parties submit a signed Stipulation of Settlement and proposed Order of Dismissal prior to the March 16, 2020 date, the conference will be cancelled.

Dated: February 5, 2020
       New York, New York

                                                      LEWIS J. LIMAN
                                                      United States District Judge